# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS, | 1:12-cv-00856-LJO-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION |
| v. | |
| KATHLEEN ALISON, et al., | |
| Defendants. | (ECF Nos. 44, 45) |

Plaintiff Homer Tyrone Lewis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 6, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for an emergency temporary restraining order and/or preliminary injunction be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 70.) More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on June 6, 2014, are adopted in full; and

2. Plaintiff's motion for an emergency temporary restraining order and/or preliminary injunction is DENIED.

**SO ORDERED**
**Dated: June 27, 2014**

/s/ Lawrence J. O'Neill
**United States District Judge**