# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN ALISON, et al.,<br><br>    Defendants. | 1:12-cv-00856-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO REQUEST FOR ADMISSIONS<br><br>(ECF No. 76)<br><br>SIXTY-DAY DEADLINE |

    Plaintiff Homer Tyrone Lewis ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 30, 2014, Defendants Alison, Parra and Garza filed a motion to dismiss.

    On May 19, 2014, Plaintiff served Requests for Admissions, Set One, on Defendants Alison, Parra and Garza.

    On August 15, 2014, the undersigned issued Findings and Recommendations on Defendants' motion to dismiss, recommending partially granting the motion and dismissing the action as to Defendants Parra and Garza.

    On the same date, Defendants filed a motion for summary judgment for failure to exhaust administrative remedies.  The motion is pending.

    On October 15, 2014, Defendants Alison, Parra and Garza filed a request for an extension of time to respond to Plaintiff's Requests for Admissions, Set One.  Defendants explain that the

extension of time will permit the Court to rule on the pending motions and the Court's rulings may obviate the need for any discovery responses.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendants' request for an extension of time to respond to Plaintiff's Requests for Admissions, Set One, is GRANTED;
2. Defendants' responses to Plaintiff's Requests for Admissions, Set One, are due on or before December 15, 2014.

IT IS SO ORDERED.

Dated:   **October 16, 2014**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE