# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>   Plaintiff,<br><br>   v.<br><br>KATHLEEN ALISON, et al.,<br><br>   Defendants. | 1:12-cv-00856-LJO-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT ALLISON TO FILE RESPONSIVE PLEADING<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Homer Tyrone Lewis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Defendants Allison, Adams, Junious and Denny for retaliation in violation of the First Amendment.

On November 6, 2014, the Court denied Defendant Allison's motion to dismiss. (ECF No. 79.) Accordingly, Defendant Allison shall file an answer or other responsive pleading to the third amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

   Dated:   **November 7, 2014**          /s/ Barbara A. McAuliffe          
                                                      UNITED STATES MAGISTRATE JUDGE