# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>     Plaintiff,<br><br>   v.<br><br>KATHLEEN ALISON, et al.,<br><br>     Defendants. | 1:12-cv-00856-LJO-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT ALLISON'S ANSWER<br><br>(ECF No. 86) |

Plaintiff Homer Tyrone Lewis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action currently proceeds on Plaintiff's third amended complaint against Defendants Allison, Adams, Junious, and Denny.[1]

On November 26, 2014, Defendant Allison filed an answer to Plaintiff's third amended complaint.  (ECF No. 83.)  On December 12, 2014, Plaintiff filed a reply to Defendant Allison's answer.  (ECF No. 86.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to Defendant Allison's answer and declines to make such an order.

///

---

[1] Defendant Kathleen Allison was sued erroneously as "Kathleen Alison."

1   Accordingly, Plaintiff's reply to the answer is HEREBY STRICKEN from the record.
2   IT IS SO ORDERED.

3   Dated:   **December 15, 2014**            /s/ *Barbara A. McAuliffe*
4                                                    UNITED STATES MAGISTRATE JUDGE