# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN ALISON, et al.,<br><br>    Defendants. | 1:12-cv-00856-LJO-BAM (PC)<br><br>ORDER GRANTING MOTION FOR STIPULATED MODIFICATION OF MAY 1, 2014 DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 86) |

Pursuant to the stipulation of the parties filed on December 16, 2014, and good cause appearing, the Discovery and Scheduling Order is HEREBY MODIFIED as follows:

1. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended to April 1, 2015;
2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended to June 10, 2015.

IT IS SO ORDERED.

Dated: **December 19, 2014**        /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE