# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>    Plaintiff,<br><br> v.<br><br>KATHLEEN ALISON, et al.,<br><br>    Defendants. | 1:12-cv-00856-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANT ALLISON'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUESTS FOR DOCUMENT PRODUCTION<br>(ECF No. 91)<br><br>SIXTY-DAY DEADLINE |

Plaintiff Homer Tyrone Lewis ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 24, 2014, Plaintiff served Interrogatories and Requests for Production of Documents, Set One, on Defendant Allison (erroneously sued as "Alison"). Following extensions of time due to a pending motion, Defendant Allison's responses are currently due on January 6, 2015. (ECF No. 82.)

On August 15, 2014, several defendants, including Defendant Allison, filed a motion for summary judgment for failure to exhaust administrative remedies. (ECF No. 58.)

On December 9, 2014, the undersigned issued Findings and Recommendations on Defendants' motion for summary judgment recommending that the motion be granted and that Defendant Allison be dismissed from this action. The deadline for the parties to file objections to the Findings and Recommendations has not expired.

1

On January 5, 2015, Defendant Allison filed the instant request for a sixty-day extension of time to respond to Plaintiff's interrogatories and requests for production of documents. Defendant Allison indicates that the extension of time will allow the Court to render a final ruling on the motion for summary judgment and prevent the unnecessary expenditure of Court and litigant resources if the Court grants the motion.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendant Allison's request for an extension of time to respond to Plaintiff's Interrogatories and Requests for Production of Documents, Set One, is GRANTED;
2. If appropriate and necessary, Defendant Allison's responses to Plaintiff's Interrogatories and Requests for Production of Documents, Set One, are due on or before March 7, 2015.

IT IS SO ORDERED.

Dated: **January 6, 2015**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE