UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>                   Plaintiff,<br>v.<br><br>KATHLEEN ALISON, et al.,<br><br>                   Defendants. | Case No.:  1:12-cv-00856-LJO-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT HOMER TYRONE LEWIS, CDC # C-78132<br><br>DATE: June 5, 2015<br>TIME:  11:00 a.m. |

      HOMER TYRONE LEWIS, inmate, CDC #C-78132, a necessary and material witness in a settlement conference in this case on June 5, 2015, is confined at LAC, 44750 60th Street West, Lancaster, California 93536, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **Magistrate Judge Michael J. Seng, in Courtroom #6, at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on June 5, 2015, at 11:00 a.m.**

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden, LAC, 44750 60th Street West, Lancaster, California 93536

      **WE COMMAND** you to produce the inmate named above to testify before Judge Seng at the time and place above, until completion of the settlement conference or as ordered by the court.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   **March 31, 2015**               /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

