UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No.  1:12-cv-00856-LJO-BAM (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE REPORT REGARDING STATUS OF THE SETTLEMENT AGREEMENT**<br><br>**STATUS REPORT DUE: AUGUST 7, 2015** |

Plaintiff, a state prisoner, initiated this civil rights action pro se and in forma pauperis on May 25, 2012. (ECF No. 1.) On June 5, 2015, the parties participated in a settlement conference before Magistrate Judge Michael Seng.  The parties reached a settlement agreement, the details of which were stated on the record. (See ECF No. 108.)

The terms of the settlement were simple – Plaintiff would dismiss the present matter and also dismiss a separate lawsuit pending in state court in exchange for a radio. The logistics of how Plaintiff was to obtain the radio were somewhat convoluted and reflected in the terms of the settlement agreement stated on the record.

On July 27 and 30, 2015, Plaintiff filed separate motions to (1) enforce the settlement agreement and (2) for sanctions and to hold Defendants in contempt for

failure to comply with the terms of the settlement agreement. (ECF Nos. 109-10.)

In an effort to determine the status of performance under the settlement agreement and to determine if Court assistance is necessary to ensure its terms are carried out, the Court orders Defendants to forthwith provide a status report reflecting: 1) What actions have been taken to effectuate full performance of the terms of the settlement agreement; 2) What actions, if any, remain necessary to enable Plaintiff to obtain the radio; 3) Why those actions, if any, have not yet been taken; 4) What more, if anything, Defendants plan to do to carry out the terms of the settlement agreement, and, 4) When Defendants will take those actions.

Accordingly, it is hereby ordered that Defendants file a status report of no more than five pages in length on or before August 7, 2015 addressing each of the issues enumerated above.

IT IS SO ORDERED.

Dated:   July 31, 2015                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE