IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HOMER TYRONE LEWIS**,<br><br>                                     Plaintiff,<br><br>         v.<br><br>**KATHLEEN ALISON, et al.**,<br><br>                                     Defendants. | Case No. 1:12-cv-00856-LJO-BAM (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**(ECF No. 115)** |

Pursuant to the stipulation of voluntary dismissal filed by the parties on August 21, 2015, this action is DISMISSED in its entirety with prejudice. (ECF No. 115.) Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   **August 24, 2015**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE